### 10660. OGLESBEE *v.* THE STATE.

BROYLES, C. J. 1. The alleged newly discovered evidence upon which the special ground of the motion for a new trial was based is both cumulative and impeaching in its character, and is not such evidence as would probably produce a different result if a new trial were granted.

2. There was ample evidence to authorize the verdict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED OCTOBER 14, 1919.

Conviction of manslaughter; from Tattnall superior court— Judge Sheppard. April 29, 1919.

*H. H. Elders, Oliver & Oliver*, for plaintiff in error.
*J. Saxton Daniel, solicitor-general*, contra.